IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00244-RPM

KIM BODICK and
LYNNE MULLINS,

    Plaintiffs,

v.

DISH NETWORK L.L.C,,

    Defendant.

---

ORDER TO PROCEED WITH ARBITRATION AND FOR STAY OF THIS CIVIL ACTION WITH ADMINISTRATIVE CLOSURE

---

    On April 9, 2011, the plaintiffs filed a Motion to Stay Pending Arbitration, citing a mandatory arbitration agreement and on April 14, 2011, the defendant filed its response, agreeing to the stay and to proceed with arbitration.  Accordingly, it is

    ORDERED that the parties shall proceed with arbitration under the relevant agreement and it is

    FURTHER ORDERED that this civil action is now stayed and administratively closed pursuant to D.C.COLO.LCivR 41.2.

    Dated:   April 15th,  2011

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____

                                         Richard P. Matsch, Senior District Judge